# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

**In the Matter of:**

| | | |
|---|---|---|
| Adell Summerville | } | **Case No: 03-73608-CMS13** |
| SSN: XXX-XX-5274 | } | |
| DEBTOR(S). | } | |
| | } | |
| | } | |

## ORDER GRANTING MOTION TO DISMISS

This matter came before the Court on Tuesday, February 19, 2008 09:00 AM, for a hearing on the following:

    RE: Doc #27; Trustee's Motion to Dismiss Case for Failure to Make Plan Payments

Proper notice of the hearing was given and appearances were made by the following:

    C David Cottingham, Trustee
    Rod Cameron Shirley, attorney for Debtor

**It is therefore ORDERED ADJUDGED and DECREED that:**

    THE TRUSTEE'S MOTION TO DISMISS DEBTOR'S CHAPTER 13 CASE IS GRANTED.

Dated: 02/20/2008

/s/ C. MICHAEL STILSON
C. MICHAEL STILSON
United States Bankruptcy Judge